May. 3. 2021 11:55AM                                                                No. 0096   P. 3

DATE: 5/4/21
TIME: 3:15 PM
ID#: 1254
INITIALS: SR SAC

PETER CHAMAS, ESQ.
ATTORNEY ID NO.: 034531990
GILL & CHAMAS, LLC
655 Florida Grove Road
P.O. Box 760
Woodbridge, New Jersey 07095
(732) 324-7600
Attorneys for the plaintiff(s)

| | |
|---|---|
| JORGE MARTINEZ and LISSETE MARTINEZ, his wife,<br><br>Plaintiffs,<br><br>vs.<br><br>SAFARILAND, LLC d/b/a SAFARILAND GROUP, SAFARILAND LTD.; MAUI ACQUISITION CORP.; JOHN DOES 1-10 (said name being fictitious, real names unknown); and ABC CORPS. 1-10 (said name being fictitious, real names unknown)<br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION-MIDDLESEX COUNTY<br><br>DOCKET NO.: MID-L-2596-21<br><br>*Civil Action*<br><br>**SUMMONS** |

## SAFARILAND, LLC d/b/a SAFARILAND GROUP

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (The address of each deputy clerk of the Superior Court is provided.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, CN-971, Trenton, NJ 08625. A filing fee* payable to the Clerk of the Superior Court and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment

is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the legal services office in the county where you live. A list of these offices is provided. If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A list of these numbers is also provided.

Dated: 5/3/21

Clerk, Superior Court of New Jersey

Name of Defendant to be Served: SAFARILAND, LLC d/b/a SAFARILAND GROUP, SAFARILAND LTD.

Address of Defendant to be Served: 13386 International Parkway, Jacksonville, Fl 32218

$105.00 FOR CHANCERY DIVISION CASES OR $110.00 FOR LAW DIVISION CASES

**ATLANTIC COUNTY:**
Deputy Clerk of the Superior Court
Civil Division, Direct Filing
1201 Bacharach Blvd. First Fl.
Atlantic City, NJ 08401
LAWYER REFERRAL
(609) 345 3444
LEGAL SERVICES
(609) 348 4200

**BERGEN COUNTY**
Deputy Clerk of the Superior Court
Case Processing Section, Room 119
Justice Center 10 Main Street
Hackensack, NJ 07601-0769
LAWYER REFERRAL
(201) 488 0044
LEGAL SERVICES
(201) 487 2166

**BURLINGTON COUNTY**
Deputy Clerk of the Superior C
Central Processing Office
Attn: Judicial Intake
First F., Courts Facility
49 Rancocas Road
Mt. Holly, NJ 08060
LAWYER REFERRAL
(609) 261 4862
LEGAL SERVICES
(609) 261 1088

**CAMDEN COUNTY**
Deputy Clerk of the Superior Court
Civil Processing Office
1st Fl-Hall of Records-101 S. Fifth St.
Camden, NJ 08103
LAWYER REFERRAL
(609) 964 4520
LAWYER REFERRAL
(609) 964 2010

**CAPE MAY COUNTY**
Deputy Clerk of the Superior Court
Central Processing Office
9 N. Main Street  Box DN-209
Cape May Court House, NJ 08210
LAWYER REFERRAL
(609) 463 0313
LEGAL SERVICES
(609) 465 3001

**CUMBERLAND COUNTY**
Deputy Clerk of the Superior C
Civil Case Management Office
Broad & Fayette Sts., PO Box
Bridgeton, NJ 08302
LAWYER REFERRAL
(609) 692 6207
LEGAL SERVICES
(609) 451 0003

**ESSEX COUNTY:**
Deputy Clerk of the Superior Court
237 Hall of Records
465 Dr. Martin Luther King, Jr. Blvd.
Newark, NJ 07102
LAWYER REFERRAL
(201) 622 6207
LEGAL SERVICES
(201) 624 4500

**GLOUCESTER COUNTY**
Deputy Clerk of the Superior Court
Civil Case Management Office
Attn: Intake - First Fl. Court House
1 North Broad Street., PO Box 129
Woodbury, NJ 08096
LAWYER REFERRAL
(609) 848 4589
LEGAL SERVICES
(609) 848 5360

**HUDSON COUNTY**
Deputy Clerk of the Superior C
Superior Court, Civil Records
Brennan Court House - 1st Flo(
583 Newark Avenue
Jersey City, NJ 07306
LAWYER REFERRAL
(201) 798 2727
LEGAL SERVICES
(201) 792 6363

**HUNTERDON COUNTY**
Deputy Clerk of the Superior Court
Civil Division
65 Park Avenue
Flemington, NJ 08862
LAWYER REFERRAL
(609) 735 2611
LEGAL SERVICES
(609) 782 7979

**MERCER COUNTY**
Deputy Clerk of the Superior Court
Local Filing Office, Courthouse
175 South Broad St, PO Box 8068
Trenton, NJ 08650
LAWYER REFERRAL
(609) 585 6200
LEGAL SERVICES
(609) 695 6249

**MIDDLESEX COUNTY**
Deputy Clerk of the Superior C
Administration Building  Third Floor
1 Kennedy Sq., PO Box 2633
New Brunswick, NJ 08903-26:
LAWYER REFERRAL
(908) 828 0053
LEGAL SERVICES

(908) 249 7600

**MONMOUTH COUNTY**
Deputy Clerk of the Superior
Court 71 Monument Park PO Box 1262
Court House, East Wing
Freehold, NJ 07728
LAWYER REFERRAL
(908) 431 5544
LEGAL SERVICES
(908) 866 0020

**PASSAIC COUNTY**
Deputy Clerk of the Superior Court
Civil Division
Court House 77 Hamilton St.
Paterson, NJ 07505
LAWYER REFERRAL
(201) 278 9223
LEGAL SERVICES
(201) 345 7171

**SUSSEX COUNTY**
Deputy Clerk of the Superior Court
Sussex County Judicial Center
43-47 High Street
Newton, NJ 07860
LAWYER REFERRAL
(201) 267 5882
LEGAL SERVICES
(201) 383 7400

**MORRIS COUNTY**
Deputy Clerk of the Superior Court
Civil Division
30 Schuyler Pl. PO Box 910
Morristown, NJ 07960-0910
LAWYER REFERRAL
(201) 267 5882
LEGAL SERVICES
(201) 285 6911

**SALEM COUNTY**
Deputy Clerk of the Superior Court
92 Market St., PO Box 18
Salem, NJ 08079
LAWYER REFERRAL
(609) 678 8363
LEGAL SERVICES
(609) 451 0003

**UNION COUNTY**
Deputy Clerk of the Superior Court
1ST Fl. Court House
2 Broad Street
Elizabeth, NJ 07207-6073
LAWYER REFERRAL
(908) 353 4715
LEGAL SERVICES
(908) 354 4340

**OCEAN COUNTY**
Deputy Clerk of the Superior C
Court House, Room 119
18 Washington Street
Toms River, NJ 08754
LAWYER REFERRAL
(908) 240 3666
LEGAL SERVICES
(908) 341 2727

**SOMERSET COUNTY**
Deputy Clerk of the Superior C
Civil Division Office
New Court House, 3rd Floor
PO Box 3000
Somerville, NJ 08876
LAWYER REFERRAL
(908) 685 2323
LEGAL SERVICES
(908) 231 0840

**WARREN COUNTY**
Deputy Clerk of the Superior C
Civil Division Office
Court House
Belvidere, NJ 07823-1500
LAWYER REFERRAL
(201) 267 5882
LEGAL SERVICES
(201) 475 2010

PETER CHAMAS, ESQ.
ATTORNEY ID NO.: 034531990
GILL & CHAMAS, LLC
655 Florida Grove Road
P.O. Box 760
Woodbridge, New Jersey 07095
(732) 324-7600
Attorneys for the plaintiff(s)

| | |
|---|---|
| JORGE MARTINEZ and LISSETE MARTINEZ, his wife,<br><br>Plaintiffs,<br><br>vs.<br><br>SAFARILAND, LLC d/b/a SAFARILAND GROUP, SAFARILAND LTD.; MAUI ACQUISITION CORP.; JOHN DOES 1-10 (said name being fictitious, real names unknown); and ABC CORPS. 1-10 (said name being fictitious, real names unknown)<br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION-MIDDLESEX COUNTY<br><br>DOCKET NO.:<br><br>*Civil Action*<br><br>COMPLAINT AND JURY DEMAND |

Plaintiffs Jorge Martinez and Lissete Martinez, his wife, residing at 143 Rosewood Lane in the City of Port Reading, County of Middlesex, and State of New Jersey, by way of complaint against the defendants state:

**FIRST COUNT**

1. At all times relevant hereto, defendants Safariland, LLC d/b/a Safariland Group, a Limited Liability Lorporation and Safariland, Ltd, were authorized to do business in the State of New Jersey, with their principal place of business located at 13386 International Parkway, Jacksonville, Florida 32218.

2. At all times relevant hereto, defendant Maui Acquisition Corp. was authorized to do business in the State of New Jersey, with its principal place of business located at 13386 International Parkway, Jacksonville, Florida 32218.

3. At all times relevant hereto, defendants Safariland, LLC d/b/a Safariland Group, Safariland, Ltd, and Maui Acquisition Corp., were engaged in the business of manufacturing personal and other equipment focused on the law enforcement, public safety, military and recreational markets, including, but not limited to, the Safariland Glock 21 drop holster, model #6305, which Plaintiff, Jorge Martinez, was wearing at the time of the accident.

4. At all times relevant hereto, defendants Safariland, LLC d/b/a Safariland Group, Safariland, Ltd, and Maui Acquisition Corp., ABC Corps. 1-10 (said names being fictitious, real names unknown) and John Does 1-10 (said names being fictitious, real names unknown), individually and through their agents, servants and/or employees were engaged in the business of designing, manufacturing, assembling, distributing, marketing, selling, repairing and/or servicing personal and other equipment focused on law enforcement, public safety, military and recreational markets, including, but not limited to, the Safariland Glock 21 drop holster, model #6305, which Plaintiff, Jorge Martinez was wearing, at the time of the incident.

5. On or about May 3, 2019, Plaintiff Jorge Martinez was a Police Officer with the Perth Amboy Police Department and was attending the Special Olympics Law Enforcement Torch Run kick off fundraiser at The Sons of Shillelagh Club located at 815 16th Avenue in the Borough of Belmar, County of Monmouth and State of New Jersey.

6. At such time and place, Plaintiff was in uniform which included the Safariland Glock 21 drop holster, model #6305which held his Glock 21 .45 caliber handgun, as well as his flashlight, when a disabled juvenile attending the fundraiser grabbed plaintiff's gun holster and gun that was secured within the holster.

7. At such time and place aforesaid, the disabled juvenile's finger entered the holster near the trigger area and discharged the gun while still holstered in the Safariland Glock 21 drop holster model #6305 causing plaintiff to suffer severe and permanent injuries.

8. At all times relevant hereto, the defendants Safariland, LLC d/b/a Safariland Group, Safariland, Ltd, and Maui Acquisition Corp., ABC Corps. 1-10 (said names being fictitious, real names unknown) and/or John Does 1-10 (said names being fictitious, real names unknown), introduced into the stream of commerce the subject Safariland Glock 21 drop holster, model #6305, which was not reasonably fit, suitable and/or safe for its intended purpose in violation of the New Jersey Products Liability Act, N.J.S.A. 2A-58(c)-1, *et seq.*, in that it was defectively designed, defectively manufactured, defectively assembled, failed to contain adequate guards, and/or protection and failed to provide adequate warnings thereby allowing the discharge of plaintiff's service weapon while still holstered.

9. At all times relevant hereto and for sometime prior thereto, it was the duty of the defendants Safariland, LLC d/b/a Safariland Group, Safariland, Ltd, and Maui Acquisition Corp., ABC Corps. 1-10 (said names being fictitious, real names unknown) and/or John Does 1-10 (said names being fictitious, real names unknown), through their agents, servants and/or employees to properly design, manufacture, construct, assemble, maintain, keep in a safe condition and correct dangerous conditions which constituted a hazard to the lawful users of the subject holster, and to warn the lawful users thereof of unsafe and dangerous conditions associated with the subject holster.

10. As a direct and proximate result of the defective designing, manufacturing, assembling, warning, servicing, distributing, repairing and/or selling by defendants Safariland, LLC d/b/a Safariland Group, Safariland, Ltd, and Maui Acquisition Corp., ABC Corps. 1-10

(said names being fictitious, real names unknown) and/or John Does 1-10 (said names being fictitious, real names unknown), as aforesaid, defendants Safariland, LLC d/b/a Safariland Group, Safariland, Ltd, and Maui Acquisition Corp., ABC Corps. 1-10 (said names being fictitious, real names unknown) and/or John Does 1-10 (said names being fictitious, real names unknown), are strictly liable to the plaintiff for the injuries he has suffered.

11.     As a direct and proximate result of the actions of the defendants in the placement of the subject Safariland Glock 21 drop holster, model #6305 in the stream of commerce as aforesaid, Plaintiff, Jorge Martinez suffered serious and permanent personal injuries; he has suffered and will in the future suffer great pain; he has been and will in the future be required to expend large sums of money for medical care and treatment of his injuries; he has lost and will in the future lose large sums of money in the form of lost wages; and he has been and will in the future be unable to pursue his normal daily activities as before.

**WHEREFORE** plaintiffs demand judgment against the defendants, either jointly, severally or in the alternative, for damages together with interest and costs of suit.

## SECOND COUNT

1.      Plaintiffs repeat and reallege each and every allegation of the First Count and makes the same a part hereof by reference thereto.

2.      At the time of its design, manufacture, assembly, distribution, marketing, sale and/or service, defendants Safariland, LLC d/b/a Safariland Group, Safariland, Ltd, and Maui Acquisition Corp., ABC Corps., 1-10 (said names being fictitious, real names unknown) and/or John Does 1-10 (said names being fictitious, real names unknown), expressly and impliedly warranted that the subject holster was designed, manufactured, assembled, distributed, marketed, sold and/or serviced in a proper manner complete with adequate and necessary warnings and fit

for its intended use. As a result, the defendants acted in violation of the New Jersey Product Liability Act, N.J.S.A. 2A:58(c)-1 *et seq.*

3. As a direct and proximate result of the actions of the defendants in the placement of the Safariland Glock 21 drop holster, model #6305 and its components in the stream of commerce as aforesaid, plaintiff, Jorge Martinez suffered serious and permanent personal injuries; he has suffered and will in the future suffer great pain; he has been and will in the future be required to expend large sums of money for medical care and treatment of his injuries; he has lost and will in the future lose large sums of money in the form of lost wages; and he has been and will in the future be unable to pursue his normal daily activities as before.

**WHEREFORE** plaintiffs demand judgment against the defendants, either jointly, severally or in the alternative, for damages together with interest and costs of suit.

### THIRD COUNT

1. Plaintiffs repeat and reallege each and every allegation of the First Count and Second Count and makes the same a part herein by reference thereto.

2. At all times relevant herein, defendants Safariland, LLC d/b/a Safariland Group, Safariland, Ltd, and Maui Acquisition Corp., ABC Corps., 1-10 (said names being fictitious, real names unknown) and/or John Does 1-10 (said names being fictitious, real names unknown), negligently, carelessly and/or recklessly designed, manufactured, assembled, marketed, distributed and/or sold said holster that was the cause of plaintiff's injuries.

3. As a direct and proximate result of the negligence, carelessness and recklessness of the defendants as aforesaid, plaintiff, Jorge Martinez suffered serious and permanent personal injuries; he has suffered and will in the future suffer great pain; he has been and will in the future be required to expend large sums of money for medical care and treatment of his injuries; he has

lost and will in the future lose large sums of money in the form of lost wages; and he has been and will in the future be unable to pursue his normal daily activities as before.

**WHEREFORE** plaintiffs demand judgment against the defendants, either jointly, severally or in the alternative, for damages together with interest and costs of suit.

## FOURTH COUNT

1. Plaintiffs repeat and reallege each and every allegation of the First Count, Second Count and Third Counts and makes same a part hereof by reference thereto.

2. At all relevant times herein, the holster and its components contained defects of which defendants Safariland, LLC d/b/a Safariland Group, Safariland, Ltd, and Maui Acquisition Corp., ABC Corps., 1-10 (said names being fictitious, real names unknown) and/or John Does 1-10 (said names being fictitious, real names unknown), and their agents, servants and/or employees had actual or constructive knowledge of the inherent dangerous and defective conditions of said holster and its component parts having created such condition or having observed or been informed of such condition.

3. Despite such knowledge, the defendants placed said holster and its components into the stream of commerce in willful and wanton disregard and reckless indifference to the safety of the product users, consumers and/or others including the plaintiff who foreseeably might be severely harmed by the product.

4. Defendants Safariland, LLC d/b/a Safariland Group, Safariland, Ltd, and Maui Acquisition Corp., ABC Corps., 1-10 (said names being fictitious, real names unknown) and/or John Does 1-10 (said names being fictitious, real names unknown), are liable to the plaintiff for punitive damages pursuant to N.J.S.A. 2A:58C-5, et. seq.

**WHEREFORE** plaintiffs demand judgment against the defendants, either jointly, severally or in the alternative, for damages together with interest and costs of suit.

## FIFTH COUNT

1. Plaintiffs repeat and reallege each and every allegation of the First Count, Second Count, Third Count and Fourth Count and makes same a part hereof by reference thereto.

2. At all times relevant hereto, plaintiff, Lissette Martinez was the lawful wife of plaintiff, Jorge Martinez and, as such, is entitled to his services, society and consortium.

3. As a direct and proximate cause of the negligence, carelessness and/or recklessness of the defendants as aforesaid, and the resultant injuries to plaintiff, Jorge. Martinez, plaintiff, Lissette Martinez became deprived of the services, society and consortium of plaintiff, Jose Martinez.

**WHEREFORE** plaintiffs demand judgment against the defendants, either jointly, severally or in the alternative, for damages together with interest and costs of suit.

## JURY DEMAND

**PLEASE TAKE NOTICE THAT** plaintiff demands a trial by jury as to all issues.

## DEMAND FOR INTERROGATORIES

**PLEASE TAKE NOTICE** that plaintiffs hereby demand defendant to provide answers to Form C and C(4) Interrogatories within the time prescribed by the Rules of Court.

GILL & CHAMAS, LLC
Attorneys for Plaintiff

*/s/ Peter Chamas/*

PETER CHAMAS, ESQ.

Dated: April 30, 2021

## DESIGNATION OF TRIAL COUNSEL

**PLEASE TAKE NOTICE THAT** plaintiffs hereby designate Peter Chamas, Esq. as trial counsel for the within matter.

GILL & CHAMAS LLC
Attorneys for Plaintiff

*/s/ Peter Chamas*

PETER CHAMAS, ESQ.

Dated: April 30, 2021

## CERTIFICATION PURSUANT TO R. 4:5-1

PETER CHAMAS, ESQ., does hereby certify as follows:

1. I am an attorney at law of the State of New Jersey and I am a partner of the Firm and, as such, I am fully familiar with same.

2. To the best of my knowledge, information and belief, there is no other action pending about the subject matter of this complaint in the Superior Court of New Jersey, Law Division, Middlesex County. Additionally, there are no other persons known to me who should be added as parties to this matter, nor are there any other actions contemplated.

3. I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

GILL & CHAMAS LLC
Attorneys for Plaintiff(s)

*/s/ Peter Chamas*

PETER CHAMAS, ESQ.

Dated: April 30, 2021

May. 3. 2021 11:58AM                                                                       No. 0096   P. 22
MID-L-002596-21   04/30/2021 4:04:30 PM   Pg 1 of 2   Trans ID: LCV20211105085

# Civil Case Information Statement
## (CIS)

Use for initial Law Division
Civil Part pleadings (not motions) under *Rule* 4:5-1
Pleading will be rejected for filing, under *Rule* 1:5-6(c),
if information above the black bar is not completed
or attorney's signature is not affixed

Payment type: ☐ ck ☐ cg ☐ ca
Chg/Ck Number:
Amount:
Overpayment:
Batch Number:

| Attorney/Pro Se Name | Telephone Number | County of Venue |
|---|---|---|
| Peter Chamas, Esq. | (732) 324-7600 | Middlesex |

| Firm Name (if applicable) | Docket Number (when available) |
|---|---|
| Gill & Chamas, LLC | |

| Office Address | Document Type |
|---|---|
| 655 Florida Grove Road | Complaint |
| Post Office Box 760 | |
| Woodbridge, New Jersey 07095 | Jury Demand ■ Yes ☐ No |

| Name of Party (e.g., John Doe, Plaintiff) | Caption |
|---|---|
| Jorge Martinez and Lissette Martinez, his wife, Plaintiffs | Jorge Martinez, et al v. Safariland, LLC d/b/a Safariland Group, et al |

| Case Type Number (See reverse side for listing) | Are sexual abuse claims alleged? | Is this a professional malpractice case? ☐ Yes ■ No |
|---|---|---|
| 606 | ☐ Yes ■ No | If you have checked "Yes," see *N.J.S.A.* 2A:53A-27 and applicable case law regarding your obligation to file an affidavit of merit. |

| Related Cases Pending? ☐ Yes ■ No | If "Yes," list docket numbers |
|---|---|

| Do you anticipate adding any parties (arising out of same transaction or occurrence)? ☐ Yes ■ No | Name of defendant's primary insurance company (if known) ☐ None ☐ Unknown |
|---|---|

The Information Provided on This Form Cannot be Introduced into Evidence

### Case Characteristics for Purposes of Determining if Case is Appropriate for Mediation

| Do parties have a current, past or recurrent relationship? ☐ Yes ■ No | If "Yes," is that relationship: ☐ Employer/Employee ☐ Friend/Neighbor ☐ Other (explain) ☐ Familial ☐ Business |
|---|---|

| Does the statute governing this case provide for payment of fees by the losing party? | ☐ Yes ☐ No |
|---|---|

Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition

| Do you or your client need any disability accommodations? ☐ Yes ■ No | If yes, please identify the requested accommodation: |
|---|---|
| Will an interpreter be needed? ☐ Yes ■ No | If yes, for what language? |

I certify that confidential personal identifiers have been redacted from documents now submitted to the court and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b).

Attorney Signature:

May. 3. 2021 11:58AM                                                              No. 0096   P. 23
    MID-L-002596-21  04/30/2021 4:04:30 PM  Pg 2 of 2 Trans ID: LCV20211105085

### Side 2

# Civil Case Information Statement
## (CIS)
Use for initial pleadings (not motions) under Rule 4:5-1

**CASE TYPES** (Choose one and enter number of case type in appropriate space on the reverse side.)

### Track I - 150 days discovery

| | |
|---|---|
| 151 Name Change | 506 PIP Coverage |
| 175 Forfeiture | 510 UM or UIM Claim (coverage issues only) |
| 302 Tenancy | 511 Action on Negotiable Instrument |
| 399 Real Property (other than Tenancy, Contract, Condemnation, Complex Commercial or Construction) | 512 Lemon Law |
| | 801 Summary Action |
| 502 Book Account (debt collection matters only) | 802 Open Public Records Act (summary action) |
| 505 Other Insurance Claim (including declaratory judgment actions) | 999 Other (briefly describe nature of action) |

### Track II - 300 days discovery

| | |
|---|---|
| 305 Construction | 603Y Auto Negligence – Personal Injury (verbal threshold) |
| 509 Employment (other than Conscientious Employees Protection Act (CEPA) or Law Against Discrimination (LAD)) | 605 Personal Injury |
| | 610 Auto Negligence – Property Damage |
| 599 Contract/Commercial Transaction | 621 UM or UIM Claim (includes bodily injury) |
| 603N Auto Negligence – Personal Injury (non-verbal threshold) | 699 Tort – Other |

### Track III - 450 days discovery

| | |
|---|---|
| 005 Civil Rights | 608 Toxic Tort |
| 301 Condemnation | 609 Defamation |
| 602 Assault and Battery | 616 Whistleblower / Conscientious Employee Protection Act (CEPA) Cases |
| 604 Medical Malpractice | |
| 606 Product Liability | 617 Inverse Condemnation |
| 607 Professional Malpractice | 618 Law Against Discrimination (LAD) Cases |

### Track IV - Active Case Management by Individual Judge / 450 days discovery

| | |
|---|---|
| 156 Environmental/Environmental Coverage Litigation | 514 Insurance Fraud |
| 303 Mt. Laurel | 620 False Claims Act |
| 508 Complex Commercial | 701 Actions in Lieu of Prerogative Writs |
| 513 Complex Construction | |

### Multicounty Litigation (Track IV)

| | |
|---|---|
| 271 Accutane/Isotretinoin | 601 Asbestos |
| 274 Risperdal/Seroquel/Zyprexa | 623 Propecia |
| 281 Bristol-Myers-Squibb Environmental | 624 Stryker LFIT CoCr V40 Femoral Heads |
| 282 Fosamax | 625 Firefighter Hearing Loss Litigation |
| 285 Stryker Trident Hip Implants | 626 Abilify |
| 286 Levaquin | 627 Physiomesh Flexible Composite Mesh |
| 289 Reglan | 628 Taxotere/Docetaxel |
| 291 Pelvic Mesh/Gynecare | 629 Zostavax |
| 292 Pelvic Mesh/Bard | 630 Proceed Mesh/Patch |
| 293 DePuy ASR Hip Implant Litigation | 631 Proton-Pump Inhibitors |
| 295 AlloDerm Regenerative Tissue Matrix | 632 HealthPlus Surgery Center |
| 296 Stryker Rejuvenate/ABG II Modular Hip Stem Components | 633 Prolene Hernia System Mesh |
| 297 Mirena Contraceptive Device | 634 Allergan Biocell Textured Breast Implants |
| 299 Olmesartan Medoxomil Medications/Benicar | |
| 300 Talc-Based Body Powders | |

If you believe this case requires a track other than that provided above, please indicate the reason on Side 1, in the space under "Case Characteristics.

**Please check off each applicable category**   ☐ Putative Class Action      ☐ Title 59      ☐ Consumer Fraud

Revised Form Promulgated by 12/23/2020 Notice to the Bar, CN 10517 (Appendix XII-B1)                                page 2 of 2

# Civil Case Information Statement

Case Caption: MARTINEZ JORGE VS SAFARILAND, LLC D/B/A SAFARIL
Case Initiation Date: 04/30/2021
Attorney Name: PETER CHAMAS
Firm Name: GILL & CHAMAS LLC
Address: 655 FLORIDA GROVE RD P.O. BOX 760
WOODBRIDGE NJ 07095
Phone: 7323247600
Name of Party: PLAINTIFF : Martinez, Jorge
Name of Defendant's Primary Insurance Company (if known): None

Case Type: PRODUCT LIABILITY
Document Type: Complaint with Jury Demand
Jury Demand: YES - 6 JURORS
Is this a professional malpractice case? NO
Related cases pending: NO
If yes, list docket numbers:
Do you anticipate adding any parties (arising out of same transaction or occurrence)? NO

Are sexual abuse claims alleged by: Jorge Martinez? NO

Are sexual abuse claims alleged by: Lissette Martinez? NO

CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

Do parties have a current, past, or recurrent relationship? NO

If yes, is that relationship:

Does the statute governing this case provide for payment of fees by the losing party? NO

Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition:

Do you or your client need any disability accommodations? NO
    If yes, please identify the requested accommodation:

Will an interpreter be needed? NO
    If yes, for what language:

Please check off each applicable category: Putative Class Action? NO  Title 59? NO  Consumer Fraud? NO

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with Rule 1:38-7(b)

04/30/2021                                                              /s/ PETER CHAMAS
Dated                                                                              Signed

May. 3. 2021 11:57AM                                              No. 0096   P. 13

MIDDLESEX VICINAGE CIVIL DIVISION
P O BOX 2633
56 PATERSON STREET
NEW BRUNSWICK    NJ 08903-2633
                                          TRACK ASSIGNMENT NOTICE
COURT TELEPHONE NO. (732) 645-4300
COURT HOURS  8:30 AM - 4:30 PM

                   DATE:   APRIL 30, 2021
                   RE:     MARTINEZ JORGE  VS SAFARILAND, LLC D/B/ A SAFARIL
                   DOCKET: MID L -002596 21

     THE ABOVE CASE HAS BEEN ASSIGNED TO:  TRACK 3.

     DISCOVERY IS   450 DAYS AND RUNS FROM THE FIRST ANSWER OR 90 DAYS
FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST.

     THE PRETRIAL JUDGE ASSIGNED IS:  HON THOMAS D. MCCLOSKEY

      IF YOU HAVE ANY QUESTIONS, CONTACT TEAM    004
AT:  (732) 645-4300 EXT 88905.

     IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A
CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.
     PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDANCE
WITH  R.4:5A-2.
                       ATTENTION:
                                ATT: PETER CHAMAS
                                GILL & CHAMAS LLC
                                655 FLORIDA GROVE RD
                                P.O. BOX 760
                                WOODBRIDGE       NJ 07095

ECOURTS